```
01
02
03
04
05
06
07
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 05-287M |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER DENYING |
| v. | ) | STIPULATED MOTION |
| | ) | TO EXTEND TIME |
| AISHA MEREDITH, a/k/a | ) | |
|   Erlinda Soriano, and | ) | |
| JESSICA HENDERSON, a/k/a | ) | |
|   Maureen O'Malley Davis, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On June 30, 2005, the parties to the above-captioned matter filed a Stipulated Motion to Extend Time to File Indictment. Dkt. No. 16. The motion argued that granting a continuance would satisfy the "ends of justice" by providing the parties additional time to prepare for their case.

Congress, however, "did not intend the 'ends of justice' exclusion to be granted as a matter of course but rather [intended it] to be used sparingly and only when necessary." *United States v. Lewis*, 980 F.2d 555, 560 (9th Cir. 1992) (internal citations omitted). Hence, an "ends of justice" exclusion may be granted only for a specific duration when "justified by the record with reference to the facts." *United States v. Ramirez-Cortez*, 213 F.3d 1149, 1154

ORDER DENYING STIPULATED
MOTION TO EXTEND TIME
PAGE -1

01 (9th Cir. 1999) (internal citations and punctuation omitted).  Generalized assertions that the
02 "ends of justice" will be satisfied by the granting of a continuance are insufficient.  *Id.* at 1154-
03 55.
04    Here, the parties have provided no evidence, nor adduced any facts from the record
05 sufficient to justify granting a continuance.  Rather, they have simply alleged, without
06 explaining in reference to specific facts, that more time would enable them to prepare more
07 thoroughly.  These reasons are insufficient to justify a continuance.  The parties' motion is
08 therefore DENIED.
09    DATED this 5th day of July, 2005.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge