JUDGE MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VERONICA HENDERSON, and<br>AISHA MEREDITH<br><br>Defendant. | NO.   CR05-261-01 and 03 RSM<br><br>ORDER CONTINUING PRETRIAL<br>MOTIONS FILING DEADLINE AND<br>TRIAL DATE |

The Court has considered the agreed motion of the parties requesting an extension of time to file pretrial motions, and trial. The Court finds as facts the facts stipulated to by counsel in that document, including the following:

1. Through no fault of the parties, the discovery process has been delayed to the point where it would be unreasonable to expect counsel to prepare for trial currently scheduled for September 12, 2005.

2. The parties agree that it is appropriate for this Court to enter an order extending the speedy trial time under 18 U.S.C. § 3161(b) until October 31, 2005, and that the ends of justice served by granting the requested extension of time outweigh the best interests of the public and the defendant in a speedy trial.

3. The Court therefore finds good cause for an extension of the speedy trial

ORDER CONTINUING PRETRIAL MOTIONS
FILING DEADLINE AND TRIAL DATE   - 1
(Veronica Henderson; CR05-261-01 and -02 RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

time under 18 U.S.C. § 3161(b).

THEREFORE, it is hereby ORDERED that the trial is continued to October 31, 2005, and the deadline for filing defense motions to October 6, 2005, and for government response to October 14, 2005.

It is further ORDERED that the period of delay from September 12, 2005, until October 31, 2005, is excludable time pursuant to 18 U.S.C. § 3161(h).

DATED this __16___ day of __August__ 2005.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/Carol Koller
WSBA No. 19685
Attorney for Veronica Henderson
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle WA 98101
206/553-1100 voice
206/553-0120 facsimile
carol_koller@fd.org

s/ Alison Holcomb
Attorney for Aisha Meredith
1205 East Pike Street
Suite 2C
Seattle, WA 98122

s/Karyn Johnson
Assistant United States Attorney
700 Stewart St., Suite 5220
Seattle, WA  98101-1271

ORDER CONTINUING PRETRIAL MOTIONS
FILING DEADLINE AND TRIAL DATE   - 2
(Veronica Henderson; CR05-261-01 and -02 RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100